# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMIE C GIBBS, et al.<br><br>               Plaintiffs,<br>   v.<br><br>DEPARTMENT OF SOCIAL HEALTH SERVICES,<br><br>               Defendants. | Case No. C22-5005 BHS-TLF<br><br>ORDER TO SHOW CAUSE |

     On April 29, 2022, this Court granted Plaintiff Anthony Eugene Lewis's application to proceed *in forma pauperis*. Dkt. 17. On May 12, 2022, the order sent to Mr. Lewis was returned to the Court as undeliverable. Dkt. 20.

     Plaintiff Remington Dono LeBoe was terminated as a party to this case on May 9, 2022, and the undersigned issued a Report and Recommendation on August 26, 2022, recommending that Plaintiff Jamie Gibbs be dismissed from this case without prejudice for failure to prosecute.

     Mr. Lewis has not kept the court apprised of his address. Thus, Plaintiff IS ORDERED to file a memorandum providing updated contact information and show cause why the case should not be dismissed for failure to comply with the rule requiring he keep the Court apprised of his current address. The memorandum is due 14 days from the date of this order – **September 9, 2022**. Failure to file this information,

ORDER TO SHOW CAUSE - 1

updating his address and providing a way for the Court to contact the plaintiff, on or before September 9, 2022, may result in dismissal of this action for failure to prosecute.

The Clerk is directed to serve this order on plaintiff's last known address- Western State Hospital, 9601 Steilacoom Boulevard, SW, Lakewood, WA 98498.

Dated this 26th day of August, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2